UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER A. CLAYWELL, | ) |
| Plaintiff, | ) |
| vs. | ) 1:14-cv-00205-SEB-MJD |
| CAROLYN W. COLVIN, | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections and none were filed. The District Judge, having considered the Magistrate Judge's Report and Recommendation, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Commissioner's decision is affirmed.

Date: 12/3/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system